*Friday, October 25, 1991*
## MOTION DOCKET

**89–722.** State v. Spirko. *Van Wert County*, No. 15–84–22. This court received notification from the Supreme Court of the United States that said court on October 15, 1991, entered an order in No. 91–5462, *John George Spirko v. Ohio*, which stated:

"On consideration of the petition for a writ of certiorari herein to the Supreme Court of Ohio, IT IS ORDERED by this Court that said petition be, and the same is hereby, denied."

Upon consideration that the stay of execution of sentence granted by this court on June 27, 1991, was conditioned upon final disposition of said petition to the Supreme Court of the United States, and it appearing to this court that the Supreme Court of the United States has rendered such final disposition of said petition,

IT IS ORDERED that said stay is hereby terminated as of the date of this entry, October 24, 1991.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Wednesday, the 22nd day of January, 1992, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Van Wert County.

**90–291.** State v. Durr. *Cuyahoga County*, No. 57140. This court received notification from the Supreme Court of the United States that said court on October 15, 1991, entered an order in No. 91–5327, *Darryl Durr v. Ohio*, which stated:

"On consideration of the petition for a writ of certiorari herein to the Supreme Court of Ohio, IT IS ORDERED by this Court that said petition be, and the same is hereby, denied."

Upon consideration that the stay of execution of sentence granted by this court on June 5, 1991, was conditioned upon final disposition of said petition to the Supreme Court of the United States, and it appearing to this court that the Supreme Court of the United States has rendered such final disposition of said petition,

IT IS ORDERED that said stay is hereby terminated as of the date of this entry, October 24, 1991.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Wednesday, the 22nd day of January, 1992, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Cuyahoga County.

**91–307.** State, ex rel. Ball, v. Cleary. In Habeas Corpus and/or Mandamus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and/or mandamus. Upon consideration of petitioner's motion to supplement petition with additional authority and to add the Ohio Adult Parole Authority as respondent,

IT IS ORDERED by the court that said motion to supplement be, and the same is hereby, granted, effective October 22, 1991.

IT IS FURTHER ORDERED by the court that petitioner's application for a writ of habeas corpus be, and hereby is, granted.

IT IS FURTHER ORDERED that the writ shall be served upon respondent, Ohio Adult Parole Authority, and that the respondent shall make due return of the writ on or before November 12, 1991, as prescribed in R.C. 2725.14.

IT IS FURTHER ORDERED by the court that it is not necessary to convey the prisoner before the court as prescribed in R.C. 2725.12.